# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

STATE OF OHIO, STATE OF ALABAMA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSOURI, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF WEST VIRGINIA,

    *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS,

    *Defendants*.

Case No. 1:21-cv-675

## DECLARATION OF MICHELLE CLARK

I, Michelle Clark, make the following Declaration pursuant to 28 U.S.C. §1746, and state that under the penalty of perjury the following is true and correct to the best of my knowledge and belief.

1. I am the Reproductive Health and Wellness Administrator at the Ohio Department of Health.

2. The Ohio Department of Health operates the Reproductive Health & Wellness Program, which comprehensively addresses issues of reproductive health and wellness (including family planning) with a focus on populations in greatest need and identified priorities.

3. The Reproductive Health & Wellness Program is funded through two federal programs—Title X of the Public Health Service Act and the Maternal and Child Health Block Grant—and through state general revenue funds. For fiscal year 2021-2022, the Reproductive Health & Wellness Program received $1.26 million in maternal health block grant funding, and $1.17 million in state funds.

4. Annual Title X grants are awarded to the Ohio Department of Health with a start date of April 1, through March 30 of the following year. The Ohio Department of Health subgrants Title X funds to local service providers participating in the Reproductive Health & Wellness Program.

5. It is my understanding that the U.S. Department of Health and Human Services sets a ceiling for Title X grant totals within each State and the ceiling for the State of Ohio has been $8.8 million. To my knowledge, the U.S. Department of Health and Human Services has not provided the Ohio Department of Health with a

formula for determining the State's ceiling amount.

6. In March 2019, the U.S. Department of Health and Human Services announced grants to two Title X recipients in Ohio for grant year 2019-20: the Ohio Department of Health and Planned Parenthood of Greater Ohio.

7. The Ohio Department of Health was awarded $4.3 million for grant year 2019-2020.

8. Planned Parenthood of Greater Ohio was awarded $4.0 million for grant year 2019-2020.

9. In response to the March 2019 rule, the Ohio Department of Health updated its policies. The Reproductive Health & Wellness Program had provided non-directive all-options counseling as required by a prior rule. Following the March 2019 rule, the Reproductive Health & Wellness Program provides information on pregnancy termination only through a physician or advanced practice provider, when such information is requested.

10. Following Planned Parenthood of Greater Ohio's exit from the Title X program in August 2019, the Ohio Department of Health applied for and received $2 million additional dollars. The Ohio Department of Health received its additional $2 million award in September 2019, bringing its total funding for grant year 2019-2020 to $6.3 million.

11. Before August 2019, Planned Parenthood of Greater Ohio operated 17 Title X clinics.

12. Beginning in November 2019, the Ohio Department of Health used the

$2 million it received in supplemental Title X funding to expand Title X services in 17 additional counties throughout Ohio. Those counties included all counties where Planned Parenthood of Greater Ohio no longer provides Title X services, along with other counties. The Ohio Department of Health provided for the establishment of nine new clinics and expanded services in eight existing clinics.

13. The Ohio Department of Health applied for and received $8.8 million in Title X funding for grant year 2020-2021.

14. The Ohio Department of Health applied for and received $8.8 million in Title X funding for grant year 2021-2022, and an additional $160,000, which was awarded to all grantees, to assist the Ohio Department of Health in preparing the Family Planning Annual Report (FPAR) 2.0, and to expand its use of data to drive continuous improvements in Title X. The Ohio Department of Health awarded funding to 42 sub-recipients and provided services in 58 of the 88 counties in Ohio.

15. The Department of Health and Human Services, Office of the Assistant Secretary for Health, has notified Title X grant recipients that it expects to post two grant opportunities for 2022-2023 Title X awards on October 15, 2021, to receive applications by January 15, 2022. The first opportunity is expected to provide $258 million to 90 grantees, and the second opportunity is expected to provide $45 million to 70 grantees (to expand telehealth services at Title X family planning sites).

16. In 2018 (January 1 through December 31), the Ohio Department of Health serviced 59,602 visits through its Title X program. In 2019, ODH serviced 58,261 visits, and in 2020, ODH serviced 58,442 visits. From January 1 through

September 30 of 2021, ODH has serviced 45,703 visits, an average of about 111 more visits per month than ODH served in 2018.

17. The Ohio Department of Health has been able to serve additional Ohioans and expand the efficacy of its Reproductive Health & Wellness Program through the additional funds provided starting in September 2019.

18. It is my understanding that, should Planned Parenthood of Greater Ohio once again compete for a Title X grant award in the State of Ohio, it is likely that the Ohio Department of Health will receive fewer dollars for the 2022-2023 grant year than it would have as the sole provider of Title X services.

I have read the following, and it is all true and correct.

October 22, 2021
Dated

Michelle Clark, BSN, RN
RHWP Administrator
Ohio Department of Health