IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-675<br><br>District Judge Timothy S. Black |

## STIPULATION

On November 1, 2021, the Court entered an order requesting that the parties submit a stipulation that a complete administrative record is not necessary for the Court to decide Plaintiffs' preliminary injunction motion. *See* Minute Entry and Notation Order (Nov. 1, 2021).

The parties agree that this Court may adjudicate Plaintiffs' preliminary injunction motion prior to Defendants' submission of a certified administrative record, and that doing so will not unfairly prejudice the parties. *See, e.g.*, *California v. Azar*, 950 F.3d 1067, 1083 & n.11 (9th Cir. 2020) (*en banc*) (explaining that courts may rule on preliminary injunction motions before administrative record is completed where doing so is not unfair to either party). The parties reserve the right to raise arguments pertaining to whether material is, or will be, inside or outside of the administrative record, and whether the absence of any material affects the propriety of granting preliminary relief.

Dated: November 1, 2021

DAVE YOST
Ohio Attorney General

/s/ Benjamin M. Flowers
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
  *Trial attorney
STEPHEN P. CARNEY (0063460)
MAY DAVIS
    (admitted pro hac vice)
Deputy Solicitors General
30 East Broad Street, 17th Floor
Phone: 614-466-8980
Fax: 614-466-5087
bflowers@ohioago.gov

Counsel for the State of Ohio


STEVE MARSHALL
Alabama Attorney General

/s/ Thomas Wilson
THOMAS WILSON
    (admitted pro hac vice)
Deputy Solicitor General
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130
Phone: 332-242-7300
Thomas.Wilson@AlabamaAG.gov

Counsel for the State of Alabama

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ R. Charlie Merritt
R. CHARLIE MERRITT
MICHAEL P. CLENDENDEN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616 8098
E-mail: robert.c.merritt@usdoj.gov

Counsel for Defendants


ERIC S. SCHMITT
Missouri Attorney General

/s/ D. John Sauer
D. JOHN SAUER
    (admitted pro hac vice)
Solicitor General
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, MO 65102
Phone: 573-751-8870
John.Sauer@ago.mo.gov

Counsel for the State of Missouri

| | |
|---|---|
| MARK BRNOVICH<br>Arizona Attorney General | DOUGLAS J. PETERSON<br>Nebraska Attorney General |
| */s/ Kate Sawyer*<br>KATE SAWYER<br>　(*admitted pro hac vice*)<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>Phone: 602-542-8304<br>kate.sawyer@azag.gov | */s/ James A. Campbell*<br>JAMES A. CAMPBELL (0081501)<br>Solicitor General<br>Office of the Nebraska<br>Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>Phone: 402-471-2682<br>jim.campbell@nebraska.gov |
| *Counsel for the State of Arizona* | *Counsel for the State of Nebraska* |
| LESLIE RUTLEDGE<br>Arkansas Attorney General | JOHN M. O'CONNOR<br>Oklahoma Attorney General |
| */s/ Nicholas J. Bronni*<br>NICHOLAS J. BRONNI<br>　(*admitted pro hac vice*)<br>VINCENT M. WAGNER<br>　(*admitted pro hac vice*)<br>Deputy Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Phone: 501-682-6302<br>vincent.wagner@arkansasag.gov | */s/ Zach West*<br>ZACH WEST<br>　(*admitted pro hac vice*)<br>Assistant Solicitor General<br>Office of the Oklahoma Attorney General<br>313 N.E. Twenty-First St.<br>Oklahoma City, OK 73105<br>Phone: 405-522-4392<br>zach.west@oag.ok.gov |
| *Counsel for the State of Arkansas* | *Counsel for the State of Oklahoma* |

ASHLEY MOODY
Florida Attorney General

*/s/ Natalie Christmas*
NATALIE CHRISTMAS
    (*admitted pro hac vice*)
Assistant Attorney General of Legal Policy
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone: 850-414-3300
Fax: 850-410-267
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*


DEREK SCHMIDT
Kansas Attorney General

*/s/ Kurtis Wiard*
KURTIS WIARD
    (*admitted pro hac vice*)
Assistant Solicitor General
Office of Kansas Attorney General
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
Phone: 785-368-8435
Fax: 785-291-3767
kurtis.wiard@ag.ks.gov

*Counsel for the State of Kansas*


ALAN WILSON
South Carolina Attorney General

*/s/ Emory Smith*
EMORY SMITH
    (*admitted pro hac vice*)
Deputy Solicitor General
THOMAS T. HYDRICK
    (*admitted pro hac vice*)
Assistant Deputy Solicitor General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
Phone: 803-734-3742
ThomasHydrick@scag.gov

*Counsel for the State of South Carolina*


PATRICK MORRISEY
West Virginia Attorney General

*/s/ Lindsay S. See*
LINDSAY S. SEE
    (*admitted pro hac vice*)
Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Phone: 681-313-4550
Lindsay.S.See@wvago.gov

*Counsel for the State of West Virginia*

DANIEL CAMERON
Kentucky Attorney General

*/s/ Olivia F. Amlung*
OLIVIA F. AMLUNG (0098606)
Assistant Attorney General
Office of Kentucky Attorney General
1840 Simon Kenton Way, Suite 5300
Covington, KY 41011
Phone: 502-696-5300
Fax: 502-564-2894
Olivia.Amlung@ky.gov

*Counsel for the Commonwealth of Kentucky*