**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| STATE OF OHIO, STATE OF ALABAMA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSOURI, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF WEST VIRGINIA,<br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS,<br>Defendants. | Case No. 1:21-cv-675<br><br>District Judge Timothy S. Black |

**UNOPPOSED MOTION OF**
**PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.**
**TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS**

Planned Parenthood Federation of America, Inc. ("PPFA") moves for leave to file the accompanying amicus brief in support of Defendants and in opposition to Plaintiffs' motion for preliminary injunction. Pursuant to Local Rule 7.3(b), PPFA certifies that it conferred with counsel for Plaintiffs and Defendants, and that the parties do not object to this motion. This Court has broad discretion to grant leave to participate as amicus curiae "upon a finding that the proffered information of amicus is timely, useful, or otherwise necessary to the administration of justice." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991) (citing *Leigh v. Engle*, 535 F. Supp. 418, 420 (N.D. Ill. 1982)).

PPFA is the leading provider of sexual and reproductive health care in the United States, delivering medical services through over 600 health centers operated by 49 affiliates. For over

one hundred years, Planned Parenthood has advocated for access to health care services, provided comprehensive, medically accurate sexual and reproductive health care services, including abortion. One in five women in the United States has chosen Planned Parenthood's expert care at least once.

PPFA seeks to ensure that Title X funds are used to provide meaningful access to reproductive health care services for patients. Planned Parenthood affiliates participated in the Title X program for fifty years—serving approximately 40% of the 4 million patients who participate in the program every year—until the 2019 Rule was enacted. Because the 2019 Rule restricted the information that Title X providers may give their pregnant patients, including by barring referrals for abortion, and mandated that providers comply with onerous "physical and financial separation" requirements, Planned Parenthood affiliates and other providers were forced to withdraw from the Title X program. Planned Parenthood's withdrawal, along with the withdrawal of other Title X providers, has caused significant negative public health consequences and harmed the patients PPFA and the Title X program are dedicated to serving.

PPFA therefore has an interest in ensuring that the Court denies Plaintiffs' motion for a preliminary injunction of the 2021 Rule.

WHEREFORE, PPFA respectfully requests this Court grant leave to file the attached amicus brief in opposition to Plaintiffs' motion for preliminary injunction.

DATED: November 29, 2021.

/s/ B. Jessie Hill

B. Jessie Hill (#0074770)
Case Western Reserve University School of Law
11075 East Blvd.
Cleveland, Ohio 44106
ph: 216.368.0553
f: 216.368.2086
bjh11@cwru.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ B. Jessie Hill