# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, et al., | : |
|     *Plaintiffs*, | : |
| v. | :   Case No. 1:21-cv-675 |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | :   Judge Timothy S. Black |
|     *Defendants*. | : |

## NOTICE OF APPEAL

Notice is hereby given that the State of Ohio, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Kansas, Commonwealth of Kentucky, State of Missouri, State of Nebraska, State of Oklahoma, State of South Carolina, and State of West Virginia hereby appeal to the United States Court of Appeals for the Sixth Circuit from the order denying Plaintiffs' Motion for a Preliminary Injunction entered in this action on the 29th day of December, 2021.

Dated:  December 30, 2021

STEVE MARSHALL
Alabama Attorney General

/s/ Thomas Wilson
THOMAS WILSON  (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130
Phone:  332-242-7300
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*


MARK BRNOVICH
Arizona Attorney General

/s/ Kate Sawyer
KATE SAWYER (admitted *pro hac vice*)
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
Phone:  602-542-8304
kate.sawyer@azag.gov

*Counsel for the State of Arizona*

DAVE YOST
Ohio Attorney General

/s/ Benjamin M. Flowers
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
 *Trial attorney
STEPHEN P. CARNEY (0063460)
MAY DAVIS (admitted *pro hac vice*)
Deputy Solicitors General
30 East Broad Street, 17th Floor
Phone:  6l4-466-8980
Fax:  614-466-5087
bflowers@ohioago.gov

*Counsel for the State of Ohio*


ERIC S. SCHMITT
Missouri Attorney General

/s/ D. John Sauer
D. JOHN SAUER (admitted *pro hac vice*)
Solicitor General
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, MO 65102
Phone:  573-751-8870
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*

| | |
|---|---|
| LESLIE RUTLEDGE<br>Arkansas Attorney General | DOUGLAS J. PETERSON<br>Nebraska Attorney General |

<table>
<tr><td>

*/s/ Vincent M. Wagner*
VINCENT M. WAGNER (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone:  501-682-6302
vincent.wagner@arkansasag.gov

*Counsel for the State of Arkansas*

</td><td>

*/s/ James A. Campbell*
JAMES A. CAMPBELL (0081501)
Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
Phone:  402-471-2682
jim.campbell@nebraska.gov

*Counsel for the State of Nebraska*

</td></tr>
<tr><td>

ASHLEY MOODY
Florida Attorney General

*/s/ Natalie Christmas*
NATALIE CHRISTMAS (admitted *pro hac vice*)
Assistant Attorney General of Legal Policy
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone:  850-414-3300
Fax:  850-410-267
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

</td><td>

JOHN M. O'CONNOR
Oklahoma Attorney General

*/s/ Zach West*
ZACH WEST (admitted *pro hac vice*)
Assistant Solicitor General
Office of the Oklahoma Attorney General
313 N.E. Twenty-First St.
Oklahoma City, OK 73105
Phone:  405-522-4392
zach.west@oag.ok.gov

*Counsel for the State of Oklahoma*

</td></tr>
</table>

<div style="column-count:2">

DEREK SCHMIDT
Kansas Attorney General

*/s/ Kurtis Wiard*
KURTIS WIARD (admitted *pro hac vice*)
Assistant Solicitor General
Office of Kansas Attorney General
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
Phone:  785-368-8435
Fax:  785-291-3767
kurtis.wiard@ag.ks.gov

*Counsel for the State of Kansas*


DANIEL CAMERON
Kentucky Attorney General

*/s/ Olivia F. Amlung*
OLIVIA F. AMLUNG (0098606)
Assistant Attorney General
Office of Kentucky Attorney General
1840 Simon Kenton Way, Suite 5300
Covington, KY 41011
Phone:  502-696-5300
Fax:  502-564-2894
Olivia.Amlung@ky.gov

*Counsel for the Commonwealth of Kentucky*


ALAN WILSON
South Carolina Attorney General

EMORY SMITH
        (admitted *pro hac vice*)
Deputy Solicitor General
*/s/ Thomas T. Hyrdick*
THOMAS T. HYDRICK
        (admitted *pro hac vice*)
Assistant Deputy Solicitor General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
Phone:  803-734-3742
ThomasHydrick@scag.gov

*Counsel for the State of South Carolina*


PATRICK MORRISEY
West Virginia Attorney General

*/s/ Lindsay S. See*
LINDSAY S. SEE
        (admitted *pro hac vice*)
Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Phone:  681-313-4550
Lindsay.S.See@wvago.gov

*Counsel for the State of West Virginia*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/ Benjamin Flowers*
BENJAMIN FLOWERS (0095284)
Solicitor General