# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, STATE OF ALABAMA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSOURI, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, <br><br> *Defendants*. | Case No. 1:21-cv-675 <br><br> Judge Timothy S. Black |

## COMBINED OPPOSED MOTION FOR INJUNCTION PENDING APPEAL AND MEMORANDUM IN SUPPORT

Ohio and the other Plaintiff States respectfully move the Court, under Federal Rule of Civil Procedure 62(d), for an injunction pending the States' appeal to the U.S. Court of Appeals for the Sixth Circuit. That Rule, although more often invoked to *stay* an injunction that a district court has ordered, also authorizes a court to "grant an injunction" while "an appeal is pending from an interlocutory order … that … refuses … an injunction." Fed. R. Civ. P. 62(d). Counsel for the defendants has authorized the States to say that this motion is opposed.

The Plaintiff States appreciate that this Court denied their motion for a preliminary injunction, and that requests for injunctions pending appeal are governed by a standard similar to the one governing requests for preliminary injunctions. *Compare Roberts v. Neace*, 958 F.3d 409, 413 (6th Cir. 2020) (*per curiam*) *with D.T. v. Sumner Cty. Sch.*, 942 F.3d 324, 326 (6th Cir. 2019). Nonetheless, just as courts sometimes stay their own injunctions pending appeal, they sometimes issue an injunction pending appeal after *declining* to issue a preliminary injunction. *See, e.g.*, *Sovereign Inupiat for a Living Arctic v. Bureau of Land Mgmt.*, No. 3:20-CV-00290-SLG, 2021 WL 454280, at *4 (D. Alaska Feb. 6, 2021). Here, doing so will preserve the *status quo ante* long enough for the States and the defendants to obtain review in an orderly manner from the Sixth Circuit and (ultimately) the Supreme Court. For that reason, and for all the reasons laid out in the States' preliminary-injunction-stage filings, the States respectfully request an injunction pending appeal.

Dated:  December 30, 2021

STEVE MARSHALL
Alabama Attorney General

*/s/ Thomas Wilson*
THOMAS WILSON  (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130
Phone:  332-242-7300
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*

MARK BRNOVICH
Arizona Attorney General

*/s/ Kate Sawyer*
KATE SAWYER (admitted *pro hac vice*)
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
Phone:  602-542-8304
kate.sawyer@azag.gov

*Counsel for the State of Arizona*

DAVE YOST
Ohio Attorney General

*/s/ Benjamin  M. Flowers*
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
 *Trial attorney*
STEPHEN P. CARNEY (0063460)
MAY DAVIS (admitted *pro hac vice*)
Deputy Solicitors General
30 East Broad Street, 17th Floor
Phone:  6l4-466-8980
Fax:  614-466-5087
bflowers@ohioago.gov

*Counsel for the State of Ohio*

ERIC S. SCHMITT
Missouri Attorney General

*/s/ D. John Sauer*
D. JOHN SAUER (admitted *pro hac vice*)
Solicitor General
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, MO 65102
Phone:  573-751-8870
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*

| | |
|---|---|
| LESLIE RUTLEDGE<br>Arkansas Attorney General | DOUGLAS J. PETERSON<br>Nebraska Attorney General |

/s/ *Vincent M. Wagner*
VINCENT M. WAGNER (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone:  501-682-6302
vincent.wagner@arkansasag.gov

*Counsel for the State of Arkansas*

/s/ *James A. Campbell*
JAMES A. CAMPBELL (0081501)
Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
Phone:  402-471-2682
jim.campbell@nebraska.gov

*Counsel for the State of Nebraska*

ASHLEY MOODY
Florida Attorney General

/s/ *Natalie Christmas*
NATALIE CHRISTMAS (admitted *pro hac vice*)
Assistant Attorney General of Legal Policy
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone:  850-414-3300
Fax:  850-410-267
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

JOHN M. O'CONNOR
Oklahoma Attorney General

/s/ *Zach West*
ZACH WEST (admitted *pro hac vice*)
Assistant Solicitor General
Office of the Oklahoma Attorney General
313 N.E. Twenty-First St.
Oklahoma City, OK 73105
Phone:  405-522-4392
zach.west@oag.ok.gov

*Counsel for the State of Oklahoma*

DEREK SCHMIDT
Kansas Attorney General

/s/ Kurtis Wiard
KURTIS WIARD (admitted *pro hac vice*)
Assistant Solicitor General
Office of Kansas Attorney General
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
Phone: 785-368-8435
Fax: 785-291-3767
kurtis.wiard@ag.ks.gov

*Counsel for the State of Kansas*

ALAN WILSON
South Carolina Attorney General

EMORY SMITH
   (admitted *pro hac vice*)
Deputy Solicitor General
/s/ Thomas T. Hyrdick
THOMAS T. HYDRICK
   (admitted *pro hac vice*)
Assistant Deputy Solicitor General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211
Phone: 803-734-3742
ThomasHydrick@scag.gov

*Counsel for the State of South Carolina*

DANIEL CAMERON
Kentucky Attorney General

/s/ Olivia F. Amlung
OLIVIA F. AMLUNG (0098606)
Assistant Attorney General
Office of Kentucky Attorney General
1840 Simon Kenton Way, Suite 5300
Covington, KY 41011
Phone: 502-696-5300
Fax: 502-564-2894
Olivia.Amlung@ky.gov

*Counsel for the Commonwealth of Kentucky*

PATRICK MORRISEY
West Virginia Attorney General

/s/ Lindsay S. See
LINDSAY S. SEE
   (admitted *pro hac vice*)
Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Phone: 681-313-4550
Lindsay.S.See@wvago.gov

*Counsel for the State of West Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/ Benjamin Flowers*
BENJAMIN FLOWERS (0095284)
Solicitor General