## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  December 30, 2021

Mr. Benjamin Michael Flowers
Ms. Olivia Flora Amlung
James A. Campbell
Ms. Natalie Christmas
Mr. Thomas T. Hydrick
Mr. Dean John Sauer
Ms. Kate Blakeley Sawyer
Ms. Lindsay Sara See
Mr. Vincent M. Wagner
Mr. Zachary Paul West
Mr. Kurtis Kenneth Wiard
Mr. Thomas Alexander Wilson

Re:  Case No. 21-4235, *OH, et al v. Xavier Becerra, et al*
Originating Case No. 1:21-cv-00675

Dear Counsel,

   This appeal has been docketed as case number **21-4235** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 13, 2022**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
| Appellant: | Appearance of Counsel                                        |
|            | Civil Appeal Statement of Parties & Issues                   |
|            | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
|            |                                                              |
| Appellee:  | Appearance of Counsel                                        |
|            | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Robin L Baker
                Case Manager
                Direct Dial No. 513-564-7014

cc:  Ms. Alexandra Rachel Saslaw

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 21-4235**

STATE OF OHIO; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA

        Plaintiffs - Appellants

v.

XAVIER BECERRA, Secretary, Department of Health and Human Services; JESSICA S. MARCELLA, Deputy Assistant Secretary for Population Affairs, in their official capacities; DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF POPULATION AFFAIRS

        Defendants - Appellees