# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-675 <br><br> Judge Timothy S. Black |

## JOINT MOTION TO STAY PROCEEDINGS

The parties jointly request that this Court stay further proceedings in this matter pending final resolution of Plaintiffs' appeal from the Court's order denying Plaintiffs' motion for a preliminary injunction. *See* Order on PI Mot., R.50.

On December 29, 2021, the Court denied Plaintiffs' motion for a preliminary injunction. Order on PI Mot., R.50, PageID#680. Plaintiffs appealed the Court's order on December 30, 2021. *See* Notice of Appeal, R.51. Plaintiffs also filed a motion for an injunction pending appeal, which has been fully briefed, and requested a ruling by January 31, 2022. Defendants are currently obligated to respond to Plaintiffs' complaint in this Court on or before January 26, 2022. Order, R.49.

The parties respectfully request that the Court stay district-court proceedings pending the final resolution of Plaintiffs' appeal. This will promote judicial economy and preserve the parties' resources. *See Ostendorf v. Grange Indem. Ins. Co.*, No. 2:19-CV-1147, 2020 WL 729887 (S.D. Ohio Feb. 13, 2020). Plaintiffs' appeal implicates the same legal issues that the parties and the Court will address in future proceedings, including the interpretation of 42 U.S.C. §300a-6. An appellate decision will thus likely provide the Court and the parties significant aid in the ultimate resolution of this case. Furthermore, the parties' proposed stay is of a limited and definite duration that will not cause undue delay in the resolution of this case. To that end, Defendants have agreed to

1

produce the Administrative Record by February 18, 2022, which will expedite proceedings in this Court following the resolution of the Plaintiffs' appeal.

Accordingly, the parties respectfully request that the Court stay further district court proceedings in this matter until the parties have exhausted appellate proceedings. The parties further propose to file a joint status report with the Court within thirty days after appellate proceedings are exhausted, in which they will propose a schedule for future proceedings in this Court.

DATED: January 25, 2022                                      Respectfully submitted,

BRIAN M. BOYNTON                                             DAVE YOST
Acting Assistant Attorney General                            Ohio Attorney General

MICHELLE R. BENNETT                                          */s/ Benjamin M. Flowers*
Assistant Branch Director                                    BENJAMIN M. FLOWERS* (0095284)
                                                             Solicitor General
*/s/ R. Charlie Merritt*                                      **Trial attorney*
R. CHARLIE MERRITT                                           STEPHEN P. CARNEY (0063460)
MICHAEL P. CLENDENEN                                         MAY DAVIS (admitted *pro hac vice*)
ALEXANDRA R. SASLAW                                          Deputy Solicitors General
Trial Attorneys                                              30 East Broad Street, 17th Floor
Civil Division, Federal Programs Branch                      Phone:  6l4-466-8980
U.S. Department of Justice                                   Fax:  614-466-5087
1100 L Street, NW                                            bflowers@ohioago.gov
Washington, DC 20005
Phone: (202) 616 8098                                        *Counsel for the State of Ohio*
E-mail: robert.c.merritt@usdoj.gov

*Counsel for Defendants*
                        *List of counsel continued on following pages*

STEVE MARSHALL
Alabama Attorney General

*/s/ Thomas Wilson*
THOMAS WILSON (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130
Phone: 332-242-7300
Thomas.Wilson@AlabamaAG.gov

*Counsel for the State of Alabama*


MARK BRNOVICH
Arizona Attorney General

*/s/ Kate Sawyer*
KATE SAWYER (admitted *pro hac vice*)
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
Phone: 602-542-8304
kate.sawyer@azag.gov

*Counsel for the State of Arizona*


LESLIE RUTLEDGE
Arkansas Attorney General

*/s/ Vincent M. Wagner*
VINCENT M. WAGNER (admitted *pro hac vice*)
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone: 501-682-6302
vincent.wagner@arkansasag.gov

*Counsel for the State of Arkansas*

ERIC S. SCHMITT
Missouri Attorney General

*/s/ D. John Sauer*
D. JOHN SAUER (admitted *pro hac vice*)
Solicitor General
Office of the Missouri Attorney General
Supreme Court Building
207 West High Street
Jefferson City, MO 65102
Phone: 573-751-8870
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*


DOUGLAS J. PETERSON
Nebraska Attorney General

*/s/ James A. Campbell*
JAMES A. CAMPBELL (0081501)
Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
Phone: 402-471-2682
jim.campbell@nebraska.gov

*Counsel for the State of Nebraska*


JOHN M. O'CONNOR
Oklahoma Attorney General

*/s/ Zach West*
ZACH WEST (admitted *pro hac vice*)
Assistant Solicitor General
Office of the Oklahoma Attorney General
313 N.E. Twenty-First St.
Oklahoma City, OK 73105
Phone: 405-522-4392
zach.west@oag.ok.gov

*Counsel for the State of Oklahoma*

| | |
|---|---|
| ASHLEY MOODY<br>Florida Attorney General<br><br>/s/ Natalie Christmas<br>NATALIE CHRISTMAS (admitted *pro hac vice*)<br>Assistant Attorney General of Legal Policy<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>Phone: 850-414-3300<br>Fax: 850-410-267<br>Natalie.christmas@myfloridalegal.com<br><br>*Counsel for the State of Florida* | ALAN WILSON<br>South Carolina Attorney General<br><br>EMORY SMITH<br>    (admitted *pro hac vice*)<br>Deputy Solicitor General<br>/s/ Thomas T. Hyrdick<br>THOMAS T. HYDRICK<br>    (admitted *pro hac vice*)<br>Assistant Deputy Solicitor General<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211<br>Phone: 803-734-3742<br>ThomasHydrick@scag.gov<br><br>*Counsel for the State of South Carolina* |

DEREK SCHMIDT
Kansas Attorney General

/s/ Kurtis Wiard
KURTIS WIARD (admitted *pro hac vice*)
Assistant Solicitor General
Office of Kansas Attorney General
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
Phone: 785-368-8435
Fax: 785-291-3767
kurtis.wiard@ag.ks.gov

*Counsel for the State of Kansas*

PATRICK MORRISEY
West Virginia Attorney General

/s/ Lindsay S. See
LINDSAY S. SEE
    (admitted *pro hac vice*)
Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Phone: 681-313-4550
Lindsay.S.See@wvago.gov

*Counsel for the State of West Virginia*

DANIEL CAMERON
Kentucky Attorney General

/s/ Olivia F. Amlung
OLIVIA F. AMLUNG (0098606)
Assistant Attorney General
Office of Kentucky Attorney General
1840 Simon Kenton Way, Suite 5300
Covington, KY 41011
Phone: 502-696-5300
Fax: 502-564-2894
Olivia.Amlung@ky.gov

*Counsel for the Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

On January 25, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Ohio, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Benjamin M. Flowers
Benjamin M. Flowers

*Counsel for the State of Ohio*
