# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 28, 2022

Ms. Kyle T. Edwards
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    Re: Case No. 21-4235, *OH, et al v. Xavier Becerra, et al*
       Originating Case No. 1:21-cv-00675

Dear Counsel,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Robin L Baker
            Case Manager
            Direct Dial No. 513-564-7014

cc: Mr. Steven H. Aden
   Mr. Hector Balderas
   Mr. Rob Bonta
   Mr. Nicholas J. Bronni
   Mr. Andrew J. Bruck
   Mr. John J. Bursch
   Mr. James A. Campbell
   Mr. Stephen P. Carney
   Mr. Christopher Michael Carr
   Ms. Natalie Christmas
   Mr. Christian Brian Corrigan
   Ms. Courtney L. Dixon
   Mr. Thomas J. Donovan Jr.
   Ms. Margaret Dotzel
   Ms. Catherine S. Duval
   Mr. Keith Ellison
   Ms. Laura Etlinger
   Mr. Robert W. Ferguson
   Ms. Lynn Fitch

Mr. Benjamin Michael Flowers
Mr. Aaron Darnell Ford
Mr. Aaron M. Frey
Mr. Brian E. Frosh
Ms. Blair Greenwald
Ms. Denise Harle
Ms. Maura Healey
Mr. Mark R. Herring
Ms. Alyssa Howard
Mr. Thomas T. Hydrick
Ms. Kathleen Jennings
Ms. Cassandra Trombley Shapir Jonas
Mr. Joshua L. Kaul
Mr. Jeff W. Landry
Mr. Mark Lippelmann
Ms. Sylvia May Mailman
Mr. Richard W. Nagel
Mr. Peter F. Neronha
Ms. Dana Nessel
Mr. Brett Robert Nolan
Mr. Ken Paxton
Mr. Karl A. Racine
Mr. Kwame Raoul
Mr. Jason Ravnsborg
Mr. Theodore E. Rokita
Mr. Ellen F. Rosenblum
Ms. Alexandra Rachel Saslaw
Mr. Dean John Sauer
Ms. Kate Blakeley Sawyer
Mr. Alan Evan Schoenfeld
Ms. Lindsay Sara See
Mr. Josh Shapiro
Ms. Holly T. Shikada
Mr. Joshua H. Stein
Ms. Robin Summers
Mr. Treg R. Taylor
Mr. William Tong
Mr. Lawrence G. Wasden
Mr. Phil Weiser
Mr. Zachary Paul West
Mr. Kurtis Kenneth Wiard
Mr. Thomas Alexander Wilson
Ms. Abby Christine Wright

Enclosure

Case No. 21-4235

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE OF OHIO; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA

       Plaintiffs - Appellants

v.

XAVIER BECERRA, Secretary, Department of Health and Human Services; JESSICA S. MARCELLA, Deputy Assistant Secretary for Population Affairs, in their official capacities; DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF POPULATION AFFAIRS

       Defendants - Appellees

Upon consideration of the motion of Kyle T. Edward's to withdraw as counsel for the appellees,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 28, 2022