IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>      Defendants. | Case No. 1:21-cv-675<br><br>Judge Timothy S. Black |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.4(b), the undersigned counsel Benjamin M. Flowers respectfully requests to the Court that he be withdrawn as counsel of the Plaintiff States. Mr. Flowers will soon be departing from the Office of the Ohio Attorney General. All other previously listed counsel will continue to represent the Plaintiff States and Stephen Carney shall be designated as trial counsel.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS (0095284)
Solicitor General
STEPHEN P. CARNEY* (0063460)
Deputy Solicitor General
 *Trial attorney*
30 East Broad Street, 17th Floor
Phone: 6l4-466-8980
Fax: 614-466-5087
Benjamin.Flowers@ohioago.gov

*Counsel for the State of Ohio*

1

## CERTIFICATE OF SERVICE

On September 20, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Ohio, using the Court's electronic case filing system.

/s/ Benjamin M. Flowers
Benjamin M. Flowers

*Counsel for the State of Ohio*