# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF OHIO, STATE OF ALABAMA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF MISSOURI, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, <br><br> *Defendants*. | Case No. 1:21-cv-675 <br><br> Judge Timothy S. Black |

## ORDER

Having considered the Unopposed Motion for Preliminary Injunction, IT IS HEREBY ORDERED that the Motion is GRANTED, and a Preliminary Injunction is entered as follows:

In accordance with the Sixth Circuit's decisions, the federal Defendants may not enforce the 2021 Rule's program-integrity requirements in a manner that would affect the allocation of funding in Ohio. *Ohio v. Becerra,* 87 F.4th 759, 784.

This preliminary injunction is limited to Ohio, and it has no effect in other jurisdictions or geographic areas.

IT IS SO ORDERED this the 11th day of June, 2024.

_Timothy S. Black_
Hon. Timothy Black
United States District Judge
Southern District of Ohio